Robert E. DAWSON, Plaintiff-Appellant,

v.

Debbie COUGH, Defendant-Respondent.

No. WD 33,619.

Missouri Court of Appeals,
Western District.

Oct. 18, 1983.

J. William Turley, Wesner, Turley & Kempton, Inc., Sedalia, for plaintiff-appellant.

Edgar S. Carroll, Carroll & Carroll, Warrensburg, for defendant-respondent.

### ORDER

PER CURIAM:

Appeal from jury verdict and judgment awarding $500 to Robert Dawson for personal injuries resulting from an automobile collision.

Judgment affirmed. Rule 84.16(b).

All concur.